IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) | 
| HANK'S FURNITURE, INC., | ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION NO.
3:23-cv-24533-MCR-HTC

**JOINT MOTION FOR ENTRY OF EXECUTED CONSENT DECREE**

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Hank's Furniture, Inc. ("HFI"), move this Court for approval and entry of the attached Consent Decree. In support of their Joint Motion, the EEOC and Defendant state as follows:

1. The EEOC and Defendant have negotiated the attached Consent Decree (Exhibit 1) as a resolution of the EEOC's claim in the above-captioned case.

2. The EEOC and Defendant believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

3. The EEOC and Defendant believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights

or privileges of any person.

4. The entry of the Consent Decree will be in the best interest of the parties, those for whom the EEOC seeks relief, and the public.

Date: July 15, 2024.

Respectfully submitted,

*/s/ Deborah A. Mann*
DEBORAH A. MANN
Trial Attorney
(AL Bar No: ASB 1264G20C)
(205) 651-7082
deborah.mann@eeoc.gov

CARL CHANG
Trial Attorney
(AL Bar No: ASB 8768O14P)
(205) 651-7056
carl.chang@eeoc.gov

MARSHA L. RUCKER
Regional Attorney
(PA Bar No. 90041)
(205) 651-7045
marsha.rucker@eeoc.gov

BRYAN GRAYSON
Supervisory Trial Attorney
(AL Bar No. ASB 8944N65G)
(205-651-7073)
bryan.grayson@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY**

**COMMISSION**
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205
Telephone: (205) 651-7034
Facsimile: (205) 212-2041


/s/ *Michael B. Kelly*
MICHAEL B. KELLY
Florida Bar No.: 115345
COLE, SCOTT & KISSANE, P.A.
890 South Palafox Street, Ste. 200
Pensacola, Florida 32502
(850) 483-5900
michael.kelly@csklegal.com

BARRY A. POSTMAN
Florida Bar No.: 991856
COLE, SCOTT & KISSANE, P.A.
890 South Palafox Street, Ste. 200
Pensacola, Florida 32502
(850) 483-5900
barry.postman@csklegal.com

KAYLA N. RYAN
Florida Bar No.: 1047675
COLE, SCOTT & KISSANE, P.A.
890 South Palafox Street, Ste. 200
Pensacola, Florida 32502
(850) 483-5900
kayla.ryan@csklegal.com

**ATTORNEYS FOR DEFENDANT**